[No. 18279-3-II.    Division Two.    May 3, 1995.]

THE CITY OF TACOMA, *Respondent*, v. LEROY BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-04895-7, Frederick W. Fleming, J., entered April 29, 1994. *Reversed* and *remanded* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Wiggins, JJ.

[Nos. 17670-0-II; 17671-8-II.    Division Two.    May 3, 1995.]

GEORGE ALLISON, ET AL, *Respondents*, v. VANPORT HOMES, INC., ET AL, *Appellants.*

CHARLES GUTWENIGER, ET AL, *Respondents*, v. VANPORT HOMES, INC., ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Clark County, Nos. 91-2-03437-4, 92-2-00446-5, Edwin L. Poyfair, J., entered October 19, 1993. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 16573-2-II.    Division Two.    May 3, 1995.]

THE STATE OF WASHINGTON, *on the Relation of Paul August Fagan, Respondent*, HEIDI GARDINER, *Statutory Party*, v. PATRICK MICHAEL FAGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-5-01894-1, Waldo F. Stone, J., entered September 30, 1992. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Worswick, J. Pro Tem.